# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:10-cr-00009-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JAMES DOUGLAS COTHRAN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's Supplement to his Motion for Compassionate Release. [Doc. 41].

On February 2, 2022, the Court denied the Defendant's motion for compassionate release. [Doc. 40]. On February 7, 2022, the Court received the present letter, which purports to supplement the Defendant's motion by providing his education data transcript as well as information regarding other programs in which he has participated. [Doc. 41]. For the reasons previously stated, the Court finds that these additional facts do not constitute "extraordinary and compelling reasons" for the Defendant's release and that analysis of the relevant § 3553(a) factors continue to weigh in favor of his continued incarceration. Accordingly, the Supplement to the Defendant's Motion for Compassionate Release is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's Supplement to his Motion for Compassionate Release [Doc. 41] is **DENIED**.

**IT IS SO ORDERED.**

Signed: February 9, 2022

Martin Reidinger
Chief United States District Judge